1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       Email: william.edelman@usdoj.gov
8
   Attorneys for the United States of America

9

10

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                SAN FRANCISCO DIVISION

15  UNITED STATES OF AMERICA,           )   No. CR 14-0370-MEJ
                                        )
16          Plaintiff,                  )
                                        )   **MOTION AND [PROPOSED] ORDER**
17     v.                               )   **TO DISMISS INFORMATION AS TO**
                                        )   **DEFENDANT WILLIAMS**
18  TASHAWN WILLIAMS,                   )
                                        )
19                                      )
            Defendant.                  )
20  _____)

21         Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in light of Mr.

22  Williams' successful completion of his pretrial diversion program and the positive

23  recommendation of Pretrial Services, and by leave of Court endorsed hereon, the Acting United

24  //

25  //

26  //

27  //

28
                                              1
                                                          MOT. AND PROPOSED ORDER
                                                          TO DISMISS AS TO DEF. WILLIAMS
                                                          NO. CR 14-370-MEJ

1  States Attorney for the Northern District of California hereby dismisses the captioned
2  Information as to defendant TASHAWN WILLIAMS, with prejudice.  This motion in no way
3  affects the charges pending against Defendants Warren and Brewer.

BRIAN J. STRETCH
Acting United States Attorney

Dated: February 1, 2016

*/s/ William J. Edelman*
WILLIAM J. EDELMAN
Special Assistant United States Attorney

Leave of court is granted to file the foregoing dismissal as to Defendant Tashawn Williams with prejudice.

Dated: February 2, 2016

MARIA-ELENA JAMES
U.S. Magistrate Judge

2

MOT. AND PROPOSED ORDER
TO DISMISS AS TO DEF. WILLIAMS
NO. CR 14-370-MEJ